THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE E. WATTS, Appellant. [796 NYS2d 266]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Onondaga County Court to vacate the judgment of conviction and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, J.P., Kehoe, Gorski, Martoche and Smith, JJ.